1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11   TOM FISHER,

12             Plaintiff,

13        v.                              CIV. NO. S-02-1786 LKK/DAD

14   TEAM PLAYER'S, INC.;
     JENNIFER PENDERGAST,
15   individually and doing
     business as the CORNER
16   POCKET; ENGELBRECHT
     COMMERCIAL ENTERPREISE,
17   LLC; and DOES 1-25, Inclusive,

18             Defendants.
                                         /
19
     TOM FISHER,
20
               Plaintiff,
21
          v.                              CIV. NO. S-06-2371 GEB/GGH
22
     ENGELBRECHT COMMERCIAL                      RELATED CASE ORDER
23   ENTERPRISES, LLC; KEN L.
     RIDINO, individually and
24   dba DINO'S BILLIARDS,
     GRILL, AND SPORTSBAR; and
25   DOES 1-25, Inclusive,

26             Defendants.
                                         /

1    The court has received the Notice of Related Cases filed November 1, 2006.  Examination of the above-entitled actions reveals that both actions are related within the meaning of Local Rule 83-123(a), E.D. Cal. (1997).  The actions involve some of the same parties, and are based on the same or similar claims, the same property, transaction or event, similar questions of fact and the same question of law.

   Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

   The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that the two (2) actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

   IT IS THEREFORE ORDERED that the action denominated CIV. NO. S-06-2371 GEB/GGH be, and the same hereby is, reassigned to Judge Lawrence K. Karlton and Magistrate Judge Dale A. Drozd for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED.

   The parties are referred to the attached Order Setting Status (Pretrial Scheduling) Conference.  Henceforth, the caption on documents filed in this reassigned case shall be shown as CIV. NO.

2

S-06-2371 LKK/DAD.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

DATED: November 6, 2006.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT