UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM FISHER, | |
| | NO. CIV. 06-2371 LKK/DAD |
| Plaintiff, | |
| v. | |
| ENGELBRECHT COMMERCIAL ENTERPRISES, LLC; KEN L. RIDINO, individually and dba DINO'S BILLIARDS, GRILL AND SPORTSBAR; and DOES 1-25, inclusive, | O R D E R |
| Defendants. / | |

      Good cause shown, the status conference currently scheduled for February 12, 2007 is hereby CONTINUED to February 20, 2007 at 3:30 p.m.

      IT IS SO ORDERED.

      DATED: November 13, 2006.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1